# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-00112-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(ECF Nos. 16, 17) |

On January 23, 2017, Plaintiff Eulalia Perez ("Plaintiff") filed this action seeking review of the denial of her application for disability benefits pursuant to the Social Security Act. On January 26, 2017, the Court issued a scheduling order. (ECF No. 6). Plaintiff failed to file her opening brief in compliance with the scheduling order, and on September 29, 2017, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 15.) On October 6, 2017, Plaintiff filed a response to the order to show cause and an opening brief. (ECF Nos. 16, 17.) Plaintiff's response states that the date to file the opening brief was incorrectly calendared and requests and extension of time to October 6, 2107 to file the opening brief.

Based on Plaintiff's response, IT IS HEREBY ORDERED that:

1.     The order to show cause filed on September 29, 2017, is DISCHARGED;

2. Plaintiff's request for an extension of time to file her opening brief until October 6, 2017 is GRANTED;

3. Defendant shall file a responsive pleading on or before November 6, 2017; and

4. Plaintiff's reply, if any, shall be filed on or before November 21, 2017.

IT IS SO ORDERED.

Dated: __**October 6, 2017**__  _____
UNITED STATES MAGISTRATE JUDGE