# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA PEREZ,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:17-cv-00112-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS WITHIN TWENTY-ONE DAYS |

On January 23, 2017, Plaintiff Eulalia ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On February 6, 2018, an order issued remanding this action for further administrative proceedings. On May 8, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act and costs pursuant to 28 U.S.C. § 1920.

The Local Rules of the Eastern District of California provide that a party shall file an opposition or statement of non-opposition in response to a motion. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion or a statement of non-opposition within twenty-one (21) days from the date of entry of this order. If there is no opposition, the parties may stipulate to the award of attorney fees.

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for attorney fees within twenty-one (21) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 15, 2018**

UNITED STATES MAGISTRATE JUDGE