KELSEY MACKENZIE BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA. 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA PEREZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 1:17-cv-00112-SAB<br><br>ORDER TERMINATING MOTION FOR ATTORNEY FEES AND GRANTING STIPULATED MOTION FOR ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(ECF Nos. 24, 26 |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $4,810.57, expenses in the amount of $6.43, for a total of $**4,817.00**, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to **Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these

Page 1

amounts to Plaintiff's attorney. The check for costs should be made payable to **Mackenzie Legal, PLLC**.

The parties agree that whether these checks are made payable to Plaintiff, or to Kelsey Mackenzie Brown, they shall be mailed to Plaintiff's attorney at the following address: **Mackenzie Legal, PLLC, c/o Kelsey M Brown,** 1003 Whitman Street, Tacoma, WA 98406.

Respectfully submitted,

Dated this 1st day of June 2018:
s/ KELSEY MACKENZIE BROWN
Kelsey Mackenzie Brown, CA #263109
1003 Whitman Street
Tacoma, WA 98406
Telephone: (206) 300-9063
Kelsey@mackenzielegal.com

Of Attorneys for Plaintiff

Dated this 1st day of June 2018:
s/ KELSEY MACKENZIE BROWN FOR DONNA ANDERSON
Via email authorization
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
415-977-8942

Of Attorneys for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is awarded attorney fees in the amount of $4,817.00; and

2. The motion for attorney fees, filed May 8, 2018, is terminated.

IT IS SO ORDERED.

Dated: **June 4, 2018**

UNITED STATES MAGISTRATE JUDGE